JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIDA SARKISYAN,<br><br>   Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>   Defendants. | Case No. CV 19-4347-GW-GJSx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

  Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

  IT IS SO ORDERED.

Dated: March 10, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE